IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FERMON STEWART CHEATHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF TALLASSEE, and TALLASSEE | ) | |
| POLICE DEPARTMENT, and | ) | CIVIL ACTION NO. 2:11-cv-672-WHA |
| TALLASSEE CHIEF OF POLICE, JAMES | ) | (WO) |
| RODGERS, in his official and individual | ) | |
| capacities, OFFICER J.L. REDD, in his official | ) | |
| and individual capacities, and OFFICER | ) | |
| DOUG WALTERS, in his official and | ) | |
| individual capacities, and OFFICER C. S. | ) | |
| HOWARD, in his official and individual | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Defendant Redd's Motion to Strike Affidavit Testimony of

Fermon Stewart Cheatham (Doc. # 49), it is hereby

ORDERED that the Plaintiff may show cause **on or before August 14, 2012**, why the

motion should not be granted.

Done this 7th day of August, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE