IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FERMON STEWART CHEATHAM,           )<br>                                                              )<br>           Plaintiff,                           )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>CITY OF TALLASSEE, and TALLASSEE  )<br>POLICE DEPARTMENT, and               )<br>TALLASSEE CHIEF OF POLICE, JAMES )<br>RODGERS, in his official and individual )<br>capacities, OFFICER J.L. REDD, in his official )<br>and individual capacities, and OFFICER )<br>DOUG WALTERS, in his official and       )<br>individual capacities, and OFFICER C. S. )<br>HOWARD, in his official and individual )<br>capacities,                                         )<br>                                                              )<br>           Defendants.                       ) | CIVIL ACTION NO. 2:11-cv-672-WHA<br>(WO) |

## **ORDER**

Upon consideration of the Defendant Redd's Motion to Strike Affidavit Testimony of Fermon Stewart Cheatham (Doc. # 49), it is hereby

ORDERED that the Plaintiff may show cause **on or before August 14, 2012**, why the motion should not be granted.

Done this 7th day of August, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE